No. 711. CITY OF NEW YORK *v.* JAMES McENTEE ET AL. Error to the Supreme Court of the State of New York. Argued January 8, 9, 1924.  Decided January 14, 1924. *Per Curiam.*  Dismissed for the want of jurisdiction upon the authority of *Hunter* v. *Pittsburgh,* 207 U. S. 161, 178; *Pawhuska* v. *Pawhuska Oil Co.,* 250 U. S. 394; *Trenton* v. *New Jersey,* 262 U. S. 182; *Newark* v. *New Jersey,* 262 U. S. 192, 196.  *Mr. George P. Nicholson* and *Mr. John F. O'Brien,* for plaintiff in error, submitted.  *Mr. E. Clarence Aiken,* with whom *Mr. Carl Sherman* was on the brief, for defendants in error.

---

No. 144. FRANCIS WRENN *v.* STATE OF IOWA.  Error to the Supreme Court of the State of Iowa.  Submitted January 4, 1924.  Decided January 14, 1924. *Per Curiam.* Affirmed.  *State* v. *Wrenn,* 194 Iowa, 552, 557; *Hatch* v. *Reardon,* 204 U. S. 152, 160; *Hendrick* v. *Maryland,* 235 U. S. 610, 621; *Dahnke-Walker Milling Co.* v. *Bondurant,* 257 U. S. 282, 289.  *Mr. T. M. Zink* for plaintiff in error. *Mr. Bruce J. Flick* for defendant in error.  *Mr. Ben J. Gibson* was also on the brief.